473 A.2d 696

## Commonwealth v. Reed, Appellant.

Submitted January 20, 1984. John J. Cerra, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.